UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARIE-SAURELLE VERTUS                                    CIVIL ACTION

VERSUS

SOUTHERN UNIVERSITY LAW                      NO. 25-00316-BAJ-RLB
CENTER, ET AL.

## RULING AND ORDER

On July 8, 2026, the Magistrate Judge issued a **Report and Recommendation (Doc. 35, the "R&R")**, recommending that the Court grant Defendants Southern University Law Center's and Southern University A&M College's Motion to Dismiss (Doc. 21) and dismiss Defendants Southern University Law Center and Southern University A&M College with prejudice. The Report further recommends that the Court deny as futile Plaintiff's Motions for Leave to File First Amended Complaint to Add Southern's Board of Supervisors as an Additional Defendant (Docs. 28, 29). The Report further recommends the Court grant in part and deny in part Defendant Andrea Love's Motion to Dismiss (Doc. 26), and that the Court dismiss Defendant Andrea Love and the claim of intentional infliction of emotional distress ("IIED") without prejudice. Lastly, the Report recommends affording Plaintiff leave to amend her complaint within 14 days to cure deficiencies regarding her IIED claim against Defendant Andrea Love. No party filed a timely objection to the Report, and Defendants Southern University Law Center's and Southern University A&M College's Motion to Dismiss (Doc. 21) is unopposed.

Having carefully considered the Complaint, pending Motions, the Report, and all related filings in this case, the Court **APPROVES** the Magistrate Judge's R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendants Southern University Law Center's and Southern University A&M College's **Motion to Dismiss for Lack of Capacity in Accordance with Code of Civil Procedure Rule 17** (Doc. 21) be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants Southern University Law Center and Southern University A&M College be and are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that **Plaintiff's Motions for Leave to File First Amended Complaint to Add Southern's Board of Supervisors as an Additional Defendant** (Docs. 28, 29) be are hereby **DENIED.**

**IT IS FURTHER ORDERED** that Defendant Andrea Love's **Motion to Dismiss for Failure to State a Claim Under Federal Rules of Civil Procedure 12(b)(6)** (Doc. 26) be and is hereby **GRANTED IN PART** and **DENIED IN PART.**

**IT IS FURTHER ORDERED** that Defendant Andrea Love and Plaintiff's claims of intentional infliction of emotional distress be and are hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff may file an amended complaint within fourteen (14) days of the issuance order to cure the deficiencies regarding her

2

claims of intentional infliction of emotional distress against Defendant Andrea Love. Failure to do so will result in the dismissal of said claims with prejudice.

**IT IS FURTHER ORDERED** that any amended complaint or renewed motion for leave by Plaintiff should address the subject matter jurisdiction of this Court to hear Plaintiff's claims.

Baton Rouge, Louisiana, this 30th day of July, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**